UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 23-CV-12396-DLC |

## ORDER OF CASE CLOSURE

CABELL, U.S.M.J.

For the reasons stated below, the Court orders that this case be closed as duplicative of Thomas v. United States, C.A. No. 23-12064-RGS (D. Mass.).

On October 13, 2023, the Clerk received a civil complaint under the Federal Tort Claims Act from *pro se* litigant Derek Thomas, who is incarcerated at FCI Loretto. (Dkt. No. 1). The Clerk docketed the complaint under a new case number, which is included in the above caption.

Thomas included with the complaint a cover letter in which he states that he had mailed the same complaint in this Court on August 28, 2023, but had not received notice from the Clerk that it had been received. (Dkt. No. 1-1). Thomas further expresses concerns about possible interference with incoming and outgoing inmate mail at FCI Loretto.

The records of this Court indicate that, on September 6, 2023, the Clerk received from Thomas the same complaint that he included in his most recent correspondence and that said complaint and the accompanying motion for leave to proceed in forma pauperis were docketed with a new case number.  See Thomas v. United States, C.A. No. 23-12064-RGS.  On September 18, 2023, the Court granted the in forma pauperis motion and ordered that a summons issue.  On September 19, 2023, the Clerk mailed to Thomas a copy of said order, the summons, instructions for service, three USM-285 forms for service, Local Rule 4.1, a copy of the notice to the treasurer regarding payment of the filing fee, and a courtesy copy of the complaint.

Because the duplicate complaint that Thomas included with his letter requiring about the status of his earlier submission was erroneously opened as a new action, the Court orders that this action be CLOSED.  The Clerk shall docket Thomas's recent letter in Thomas v. United States of America, C.A. No. 23-12064-RGS and provide Thomas with copies of the documents from that case mailed to him on September 19, 2023.

So ordered.

                                     /s/ Donald L. Cabell
                                     DONALD L. CABELL, U.S.M.J.

DATED:  October 18, 2023